| | |
|---|---|
| ROBERT GENE BAILEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM C. TOMAN, JR.; R.M. )<br>ASHLEY; K.D. MACKEY; P.J. )<br>GRAHAM; RON SMITH; UNKNOWN )<br>FEMALE OFFICER; C.C. BLAKE; )<br>and JOSEPH GARDNER, )<br>)<br>Defendants. ) | **JUDGMENT**<br><br>Case No. 5:13-CV-251-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 9, 2013, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed pursuant to 28 U.S.C. §1915(g). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on April 11, 2013, and Copies To:**

Robert Gene Bailey (via U.S. Mail) Hyde Correctional Institution
　　　　　　　　　　　　　　　　PO Box 278, Swan Quarter, NC 27885


April 11, 2013　　　　　　　　　　JULIE A. RICHARDS, CLERK
　　　　　　　　　　　　　　　　　/s/ Christa N. Baker
　　　　　　　　　　　　　　　　(By) Christa N. Baker, Deputy Clerk